## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEVIE JACKSON,

          **Plaintiff,**

vs.                                   **Case No.  17-420-DRH-SCW**

MR. MUELLER, et al.,

          **Defendants.**

## ORDER

**Herndon, District Judge:**

On November 20, 2017, Magistrate Judge Stephen C. Williams directed plaintiff Jackson to provide additional information within 30 days (i.e physical description, date and time of alleged interaction giving rise to this law suit, etc.) to the Clerk of Court and file a notice of such, to identify Defendant Mr. Dose so that process of service may be served upon him. In that Order, plaintiff was warned that his failure to comply with the Order may result in dismissal of Defendant Dose from this lawsuit (Doc. 30). As of this date, Plaintiff has not complied with the Court's Order. Thus, The Court concludes that Plaintiff has failed to properly prosecute as to Defendant Mr. Dose, the Court hereby **DISMISSES** Defendant Dose, pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(b).

      **IT IS SO ORDERED**.

Judge Herndon
2018.01.22
16:10:57 -06'00'

United States District Judge