IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEVIE JACKSON,

    Plaintiff,

vs.

Case No. 17-420-DRH-SCW

MR. MUELLER, MR. DONALD CONRAD, MR. JACK R. BAILEY, MR. QUARRIE, MR. DALGADO, LT. STEPHEN JOHNSON, MR. FOREMAN, MR. BRIAN KAULING, KENDRA R. CAMPBELL, MR. MARC A. BURTON, MR. MARC AARON, MR. JASON ROBINSON, MR. BART TOENNIES, MR. TERRY GOODEN, JOHN DOE #2, and JOHN DOE #3,

    Defendants.

## ORDER

**Herndon, District Judge:**

On September 18, 2017, District Judge David R. Herndon completed his initial review of Plaintiff Jackson's civil rights complaint (Doc. 1). In that Order, the Court advised Jackson that service would *not* be made on Defendants John Doe #2 and John Doe #3, until such time as Plaintiff has identified them by name on a properly filed amended complaint (Doc. 20, p. 41). On December 19, 2017 Magistrate Judge Stephen C. Williams entered a Trial Practice Schedule giving Plaintiff Jackson 90 days to identify Defendants John Doe #2 and John Doe #3 (Doc. 40, p. 3).

The Court concludes that Plaintiff has failed to properly prosecute as to Defendants John Doe #2 and John Doe #3. Accordingly, the Court hereby **DISMISSES** Defendants John Doe #2 and John Doe #3 pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(b). Remaining in this case are Plaintiff's claims again Defendants Mr. Mueller, Mr. Donald Conrad, Mr.Jack R. Bailey, Mr. Quarrie, Mr. Delgado, Lt. Stephen Johnson, Mr. Foreman, Mr. Brian Kauling, Kendra R. Campbell, Mr. Marc A. Burton, Mr. Marc Aaron,

Mr. Jason Robinson, Mr. Bart Toennies, and Mr. Terry Gooden.

**IT IS SO ORDERED**.

Judge Herndon
2018.05.18 13:17:45 -05'00'

**United States District Judge**